**BRUCE K. KAYE**
ATTORNEY AT LAW
11 PARK PLACE
SUITE 1801
NEW YORK, N.Y. 10007
TEL NO. (212) 385-8000
FAX NO. (212) 385-7845

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

June 23, 2008

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.  10007

RECEIVED
JUN 24 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

*Re:  United States v. Akiem Luke*
*S2 08 Cr. 070 (LAP)*

Dear Judge Preska,

I am CJA counsel for the above-referenced defendant who is charged with participating in a narcotics conspiracy. On June 16, 2008, I wrote Your Honor to request authorization for the appointment of Joseph Dwyer, a criminal investigator. I was recently informed by a member of your staff that my request should have included the number of hours that I was seeking approval for.

Accordingly, I request authorization for 75 hours of investigative time. Mr. Dwyer's rate of compensation is $85.00 per hour plus expenses reasonably incurred.

If this request meets with Your Honor's approval please endorse the SO ORDERED portion of this letter.

Respectfully yours,

Bruce K. Kaye

Honorable Loretta A. Preska
United States District Judge

/s/ Loretta A. Preska
SO ORDERED

Dated: June 29, 2008